IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAILA AZIMI,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
                                     /

No. C 11-01456 WHA

**ORDER TO SHOW CAUSE**

      The answer to the complaint in this action was filed on June 14, 2011 (Dkt. No. 6). Pursuant to the procedural scheduling order, plaintiff should have filed a motion for summary judgment or remand within thirty days thereafter (Dkt. No. 2). The deadline was July 14. No motion has been filed.

      Plaintiff is hereby **ORDERED TO SHOW CAUSE** why her claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If no response to this order is filed by **AUGUST 1, 2011**, the case shall be dismissed for failure to prosecute.

      **IT IS SO ORDERED.**

Dated: July 18, 2011.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE