IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAILA AZIMI,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

No. C 11-01456 WHA

**ORDER TO SHOW CAUSE**

In this Social Security appeal, plaintiff filed a motion for summary judgment on July 29, 2011. Defendant timely filed an opposition and cross-motion for summary judgment on August 29. Pursuant to the procedural order, plaintiff then had fourteen days within which to serve and file a reply to defendant's opposition and counter-motion (Dkt. No. 2). The deadline was September 12. No reply has been filed.

Plaintiff Laila Azimi is hereby ordered to file a statement showing any cause why the matter should not be deemed submitted for decision without oral argument. The statement must be filed by **OCTOBER 7, 2011**. If no statement is filed, or if good cause is not shown, then the matter will be deemed submitted and will be decided based on the filings to date.

**IT IS SO ORDERED.**

Dated: September 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE